B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Footprints Transportation LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-2977007** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**600 Bayview Avenue**<br>**Inwood, NY**<br>ZIP CODE **11096** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**600 Bayview Avenue**
**Inwood, NY**    ZIP CODE **11096**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Footprints Transportation LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable** _____<br>    Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Footprints Transportation LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  **Not Applicable**<br>   Signature of Debtor | X  **Not Applicable**<br>   (Signature of Foreign Representative) |
| X  **Not Applicable**<br>   Signature of Joint Debtor | |
| <br>   Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
| <br>   Date | <br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X  _(signature)_<br>   Signature of Attorney for Debtor(s)<br><br>**David E. Miller  Bar No.**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Weinberg, Gross & Pergament LLP**<br>Firm Name<br><br>**400 Garden City Plaza  Garden City, New York 11530**<br>Address<br><br><br>**516-877-2424**          **516-877-2460**<br>Telephone Number<br><br><br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address<br><br><br>X  **Not Applicable**<br> |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  _(signature)_<br>   Signature of Authorized Individual<br><br>**Bernard Jackson**<br>Printed Name of Authorized Individual<br><br>**Sole Member**<br>Title of Authorized Individual<br><br><br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

—————————————————x

In Re:

Footprints Transportation LLC

Case No.

Chapter    11

Debtor(s)

—————————————————x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____
Bernard Jackson
Debtor

_____
David E. Miller
Attorney for Debtor

Airport Medical Offices
JFK Int'l Airport
Bldg. 22A
Jamaica, NY  11430


Airport Park LLC
Country Glen Center
143 Old Country Road
Carle Place, NY  11514


All Seasons Air
40 Field Street
West Babylon, NY  11704


Allan G. Pope
200-19 Linden Blvd.
St. Albans, NY  11412-3200


American Express
P.O. Box 1270
Newark, NJ  07101-1270


AT&T
P.O. Box 6463
Carol Stream, IL  60197-6463


Aurora
1000 Germantown Pike
Suite A-6
Plymouth Meeting, PA  19462


BM Cargo
600 Bayview Avenue
Inwood, NY  11096


Broadview Networks
P.O. Box 1191
Port Chester, NY  10573

Broadview Networks
P.O. Box 9242
Uniondale, NY   11555-9242


Charlotte Airfreight Carrier
4325 Beam Road
Suite 104
Charlotte, NC   28217


Corporate Loss Prevention
2635 Pettit Avenue
Bellmore, NY   11710


Cowan Liebowitz & Latman
1133 Avenue of the Americas
New York, NY   10036


Daimler Chrysler Financial Services
P.O. Box 3198
Milwaukee, WI   53201-3198


Delmar Int'l.
147-55 175th Street
Jamaica, NY   11434


Elevator Refurbishing
1108 Delmar Avenue
Franklin Square, NY   11010


Empire Health Choice
P.O. Box 11744
Newark, NJ   07101-4744


Executive Planners Ins.
258 Main Street
Babylon, NY   11702

ExxonMobil
Processong Center
Des Moines, IA   50361-0001


Federal Express
P.O,. Box 371461
Pittsburgh, PA   15250-7461


Fire Sprinkler Associates
41 Mercedes Way
Suite 31
Edgewood, NY   11717


Fresh Meadow Mechanical Svc.
65-01 Fresh Meadows Lane
Fresh Meadows, NY   11365


Future Tire1
202 Bethpage Sweet Hollow Rd.
Old Bethpage, NY   11804


Gordon Armstrong
c/o Haber & Haber, LLP
1325 Franklin AVenue, Suite 235
Garden City, NY   11530


GVH Business Supplies
2383 Troy Road
Niskayuna, NY   12309


Hawk Freight Services
600 Bayview Avenue
Inwood, NY   11096


Hun Spring
Fulton & Cornelia Avenues
Garden City Park, NY   11040

IBC
P.O. Box 3958
New Hyde Park, NY   11040


Imperial Credit Corp.
P.O. Box 9045
New York, NY   10087-9045


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Special Procedures
625 Fulton Street
10 Metrotech Center
Brooklyn, NY   11201

Jamaica Ash & Rubbish
P.O. Box 833
Westbury, NY   11590


Jani King of New York Inc.
P.O. Box 415296
Boston, MA   02241-5296


John Calarco
253 West side Avenue
Unit C
Freeport, NY   11520


KM Driveline
966 Grand Street
Brooklyn, NY   11211


Kristin Hall
2781 New Prospect Road
Pine Bush, NY   11096

LIPA
175 Old Country Road
Hicksville, NY   11801


LIPA
P.O. Box 9039
Hicksville, NY   11802-9039


Long Island American Water
P.O. Box 371332
Pittsburgh, PA   15250-7332


Lovell
110 William Street, 12th Floor
New York, NY   10038-8935


Lowit Alarms
25 Bethpage Road
Hicksville, NY   11801


M&G Packaging
226-10 Jamaica Avenue
Floral Park, NY   11001


Miles
66 Marine Street
Farmingdale, NY


Mobile Air Transport
P.O. Box 219
Latham, NY   12110


M-Tech Systems Inc.
16 Bella Vista Avenue
Glen Cove, NY   11542

Multi Service Corporation
8650 Collee Boulevard
Overland Park,KS 66210


National Grid
P.O. Box 9037
Hicksville, NY 11802-9037


Network Tech
320 East Shore Road
Great Neck, NY 11023


New York State Dept. of Labor
State Campus, Building 12
Room 256
Albany, NY 12240-0001


Newark Parcel
640 N. Cassady Avenue
Columbus, OH 43219


Newbridge Coverage
1666 Newbridge Road
North Bellmore, NY 11710


NYS Dept. of Taxation & Finance
Bankruptcy Unit-TCD
Building 8, Room 455
W.A. Harrman State Campus
Albany, NY 12227


NYS Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300


NYS Insurance Fund
P.O. Box 5262
Binghamton, NY 13902-5262

Pedro Santana
109-25 134th Street
South Ozone Park, NY   11420


Poland Spring Direct
P.O. Box 856192
Louisville, KY   40285-6192


Progressive
P.O. Box 30108
Tampa, FL   33630-3108


Purchase Power
P.O. Box 856042
Louisville, KY   20485-6042


Ranger Tire
1363 Fifth Avenue
Bayshore, NY   11706


Redwood Servivces, Inc.
14 Bond Street #436
Great Neck, NY   11021


Regency Recycling Corp
248-10 Brookville Road
Rosedale, NY   11422


South Shore Signs
56 East Main Sreet
Bayshore, NY   11706


Staples Credit
P.O. Box 689020
Des Moines, IA   50368=9020

State of New York
Office of Attorney General
120 Broadway
New York, NY  10271

The Hartford
P.O. Box 2907
Hartford, CT  06104-2907

The Ray Blolck
3 Plainfield Avenue
Floral Park, NY  11001

Total Fire Protection
5322 Avenue N
Brooklyn, NY  11234

United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, NY  11722-4454
Attn:  LI Bankruptcy Processing

UPS
P.O. Box 7247-0244
Philadelphia, PA  19170

US Dept. of Justice
Tax Dept.
Box 500
Ben Franklin Station
Washington, DC 20044

Valerie A. Weizcorek
100 Garden City Plaza
Suite 203
Garden City, NY  11530

Verizon Wireless
P.O. Box 408
Newark, NJ  07101-0408

Xerox
P.O. Box 660501
Dallas, TX  75266

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                                  Chapter 11

Footprints Transportation LLC,                          Case No.

      Debtor.                                          CORPORATE RESOLUTION

----------------------------------------------------------X


      The undersigned, the Sole Member of Footprints Transportation LLC, a corporation

existing under the laws of the State of New York does hereby certify that a duly called meeting of

the directors of Footprints Transportation LLC, the following resolutions were adopted, and have

not been modified or rescinded, and are still in full force and effect:

      "Resolved, that in the judgment of the sole member and manager, it is desirable and

in the best interest of the corporation, that Bernard Jackson, Sole Member of the Corporation, be

empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the

corporation upon such date, and in the event, in his discretion, such action should be necessary for

the protection of the corporation and preservation of its assets without further notice to the sole

manager of Footprints Transportation LLC, and it is further

      Resolved, that Bernard Jackson be and hereby is, authorized to execute and file all

petitions, schedules, lists and other papers and to take any and all action which he may deem

necessary and proper in connection with such proceedings under Chapter 11, and in that

connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all

other professionals which they may deem necessary or proper with a view towards a successful

conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 15th day of April 2011.

_____

Bernard Jackson, Sole Member

In re: __Footprints Transportation LLC_____,     Case No. _____

Debtor                    Chapter    **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on .

a.      Total assets                                    $ _____ **0.00**

b.      Total debts (including debts listed in 2.c., below)         $ _____ **1,268,809.97**

Approximate number of holders

c.      Debt securities held by more than 500 holders.

        secured          unsecured          subordinated        _____        _____

d.      Number of shares of preferred stock                     _____        _____

e.      Number of shares of common stock                       _____        _____

        Comments, if any:

3.      Brief description of debtor's business:

        **Trucking/Warehousing**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

        **Bernard Jackson - 100%**

In re  Footprints Transportation LLC _____ ,     Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Daimler Chrysler Financial Services <br> P.O. Box 3198 <br> Milwaukee, WI 53201-3198 | | | Trucks <br><br> VALUE $0.00 | | | | 130,804.39 | 0.00 |
| ACCOUNT NO. <br><br> Imperial Credit Corp. <br> P.O. Box 9045 <br> New York, NY 10087-9045 | | | <br> VALUE $0.00 | | | | 1,125.85 | 0.00 |
| ACCOUNT NO. <br><br> Kevin Leahey <br> 22 Marvin Drive <br> Kings Park, NY 11754 | | | <br> VALUE $0.00 | | | | 62,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Kristin Hall <br> 2781 New Prospect Road <br> Pine Bush, NY 11096 | | | UCC <br><br> VALUE $0.00 | | | X | 580,000.00 | 0.00 |

1     continuation sheets
      attached

Subtotal  ➤
(Total of this page)                          $  773,930.24  $          0.00

Total  ➤
(Use only on last page)                       $             $

(Report also on Summary of       (If applicable, report
Schedules)                       also on Statistical
                                 Summary of Certain
                                 Liabilities and
                                 Related Data.)

In re  Footprints Transportation LLC

Case No. _____

Debtor

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10,000.00 | 0.00 |
| Multi Service Corporation 8650 Collee Boulevard Overland Park,KS  66210 | | | VALUE $0.00 | | | | | |

Sheet no.  1 of  1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  10,000.00 | $  0.00 |
| $  783,930.24 | $  0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Footprints Transportation LLC**                                    Case No. _____
                            Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  continuation sheets attached

In re    **Footprints Transportation LLC**    Case No. _____

_____    (If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures**<br>**625 Fulton Street**<br>**10 Metrotech Center**<br>**Brooklyn, NY 11201**<br>**United States Attorney's Office**<br>**Eastern District of New York**<br>**610 Federal Plaza, 5th Floor**<br>**Central Islip, NY 11722-4454**<br>**Attn: LI Bankruptcy Processing**<br><br>**US Dept. of Justice**<br>**Tax Dept.**<br>**Box 500**<br>**Ben Franklin Station**<br>**Washington, DC 20044**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Payroll Taxes** | | | X | 200,000.00 | 200,000.00 | $0.00 |
| ACCOUNT NO.<br>**New York State Dept. of Labor**<br>**State Campus, Building 12**<br>**Room 256**<br>**Albany, NY 12240-0001** | | | | | | | 26,800.01 | 26,800.01 | $0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal▶<br>(Totals of this page) | $ 226,800.01 | $ 226,800.01 $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ $ |

In re **Footprints Transportation LLC**         Case No. _____
_____,                  (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300<br><br>State of New York<br>Office of Attorney General<br>120 Broadway<br>New York, NY 10271<br><br>NYS Dept. of Taxation & Finance<br>Bankruptcy Unit-TCD<br>Building 8, Room 455<br>W.A. Harrman State Campus<br>Albany, NY 12227 | | | | | | X | 50,000.00 | 50,000.00 | $0.00 |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸<br>(Totals of this page) | $ 50,000.00 | $ 50,000.00 $ 0.00 |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 276,800.01 | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 276,800.01 $ 0.00 |

B6F (Official Form 6F) (12/07)

In re **Footprints Transportation LLC**        Case No. _____
               Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Airport Medical Offices**<br>**JFK Int'l Airport**<br>**Bldg. 22A**<br>**Jamaica, NY 11430** | | | | | | | 240.00 |
| ACCOUNT NO.<br><br>**Airport Park LLC**<br>**Country Glen Center**<br>**143 Old Country Road**<br>**Carle Place, NY 11514** | | | | | | | 10,584.26 |
| ACCOUNT NO.<br><br>**All Seasons Air**<br>**40 Field Street**<br>**West Babylon, NY 11704** | | | | | | | 381.27 |
| ACCOUNT NO.<br><br>**Allan G. Pope**<br>**200-19 Linden Blvd.**<br>**St. Albans, NY 11412-3200** | | | | | | | 2,925.00 |

<u>12</u>   Continuation sheets attached

Subtotal ➤   $         14,130.53

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  __Footprints Transportation LLC_____,      Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | | Business Credit Card | | | | 9,448.00 |
| ACCOUNT NO.<br><br>AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | | | | | | | 3,790.13 |
| ACCOUNT NO.<br><br>Aurora<br>1000 Germantown Pike<br>Suite A-6<br>Plymouth Meeting, PA 19462 | | | | | | | 18,200.00 |
| ACCOUNT NO.<br><br>BM Cargo<br>600 Bayview Avenue<br>Inwood, NY 11096 | | | | | | | 338.60 |

Sheet no. _1_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     31,776.73

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Footprints Transportation LLC**          Case No. _____
_____          (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,022.35 |
| **Broadview Networks** P.O. Box 9242 Uniondale, NY 11555-9242  **Broadview Networks** P.O. Box 1191 Port Chester, NY 10573 | | | | | | | |
| ACCOUNT NO. | | | | | | | 429.52 |
| **Charlotte Airfreight Carrier** 4325 Beam Road Suite 104 Charlotte, NC 28217 | | | | | | | |
| ACCOUNT NO. | | | | | | | 376.93 |
| **Corporate Loss Prevention** 2635 Pettit Avenue Bellmore, NY 11710 | | | | | | | |
| ACCOUNT NO. | | | | | | | 225.00 |
| **Cowan Liebowitz & Latman** 1133 Avenue of the Americas New York, NY 10036 | | | | | | | |

Sheet no. 2 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $   2,053.80

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Footprints Transportation LLC_____,    Case No. _____
                          Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Delmar Int'l.<br>147-55 175th Street<br>Jamaica, NY 11434 | | | | | | | 120.00 |
| ACCOUNT NO.<br><br>Elevator Refurbishing<br>1108 Delmar Avenue<br>Franklin Square, NY 11010 | | | | | | | 952.65 |
| ACCOUNT NO.<br><br>Empire Health Choice<br>P.O. Box 11744<br>Newark, NJ 07101-4744 | | | Insurance | | | | 4,840.60 |
| ACCOUNT NO.<br><br>Executive Planners Ins.<br>258 Main Street<br>Babylon, NY 11702 | | | | | | | 103.80 |
| ACCOUNT NO.<br><br>ExxonMobil<br>Processong Center<br>Des Moines, IA 50361-0001 | | | | | | | 513.59 |

Sheet no. _3_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $    6,530.64

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Footprints Transportation LLC                      ,        Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 402.38 |
| Federal Express P.O,. Box 371461 Pittsburgh, PA  15250-7461 | | | | | | | |
| ACCOUNT NO. | | | | | | | 906.25 |
| Fire Sprinkler Associates 41 Mercedes Way Suite 31 Edgewood, NY  11717 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,355.00 |
| Fresh Meadow Mechanical Svc. 65-01 Fresh Meadows Lane Fresh Meadows, NY  11365 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,491.00 |
| Future Tire1 202 Bethpage Sweet Hollow Rd. Old Bethpage, NY  11804 | | | | | | | |
| ACCOUNT NO. | | | Rent | | | | 267,000.00 |
| Gordon Armstrong c/o Haber & Haber, LLP 1325 Franklin AVenue, Suite 235 Garden City, NY  11530 | | | | | | | |

Sheet no. _4_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 277,154.63

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Footprints Transportation LLC</u>　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GVH Business Supplies<br>2383 Troy Road<br>Niskayuna, NY 12309 | | | | | | | 134.87 |
| ACCOUNT NO.<br><br>Hawk Freight Services<br>600 Bayview Avenue<br>Inwood, NY 11096 | | | | | | | 4,855.00 |
| ACCOUNT NO.<br><br>Hun Spring<br>Fulton & Cornelia Avenues<br>Garden City Park, NY 11040 | | | | | | | 233.54 |
| ACCOUNT NO.<br><br>IBC<br>P.O. Box 3958<br>New Hyde Park, NY 11040 | | | | | | | 146.57 |
| ACCOUNT NO.<br><br>Jamaica Ash & Rubbish<br>P.O. Box 833<br>Westbury, NY 11590 | | | | | | | 843.21 |

Sheet no. <u>5</u> of <u>12</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 　　6,213.19

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Footprints Transportation LLC</u>                Case No. _____
                                                                        (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,710.37 |
| Jani King of New York Inc. P.O. Box 415296 Boston, MA 02241-5296 | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,525.00 |
| John Calarco 253 West side Avenue Unit C Freeport, NY 11520 | | | | | | | |
| ACCOUNT NO. | | | | | | | 30.30 |
| KM Driveline 966 Grand Street Brooklyn, NY 11211 | | | | | | | |
| ACCOUNT NO. | | | Services | | | | 49,396.82 |
| LIPA P.O. Box 9039 Hicksville, NY 11802-9039  LIPA 175 Old Country Road Hicksville, NY 11801 | | | | | | | |

Sheet no. <u>6</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   58,662.49

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Footprints Transportation LLC                              Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Long Island American Water<br>P.O. Box 371332<br>Pittsburgh, PA  15250-7332 | | | Services | | | | 75.34 |
| ACCOUNT NO.<br><br>Lovell<br>110 William Street, 12th Floor<br>New York, NY  10038-8935 | | | | | | | 4,431.93 |
| ACCOUNT NO.<br><br>Lowit Alarms<br>25 Bethpage Road<br>Hicksville, NY  11801 | | | | | | | 2,021.03 |
| ACCOUNT NO.<br><br>M&G Packaging<br>226-10 Jamaica Avenue<br>Floral Park, NY  11001 | | | | | | | 388.95 |
| ACCOUNT NO.<br><br>Miles<br>66 Marine Street<br>Farmingdale, NY | | | | | | | 769.46 |

Sheet no. 7 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $               7,686.71

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Footprints Transportation LLC</u>                      Case No. _____

Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mobile Air Transport <br> P.O. Box 219 <br> Latham, NY  12110 | | | | | | | 1,063.79 |
| ACCOUNT NO. <br><br> M-Tech Systems Inc. <br> 16 Bella Vista Avenue <br> Glen Cove, NY  11542 | | | | | | | 514.04 |
| ACCOUNT NO. <br><br> National Grid <br> P.O. Box 9037 <br> Hicksville, NY  11802-9037 | | | | | | | 7,312.80 |
| ACCOUNT NO. <br><br> Network Tech <br> 320 East Shore Road <br> Great Neck, NY  11023 | | | | | | | 163.95 |
| ACCOUNT NO. <br><br> Newark Parcel <br> 640 N. Cassady Avenue <br> Columbus, OH  43219 | | | | | | | 450.00 |

Sheet no. <u>8</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    9,504.58

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Footprints Transportation LLC                                  Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Newbridge Coverage<br>1666 Newbridge Road<br>North Bellmore, NY 11710 | | | | | | | 1,183.00 |
| ACCOUNT NO.<br><br>NYS Insurance Fund<br>P.O. Box 5262<br>Binghamton, NY 13902-5262 | | | | | | | 6,588.68 |
| ACCOUNT NO.<br><br>Pedro Santana<br>109-25 134th Street<br>South Ozone Park, NY 11420 | | | | | | | 3,900.00 |
| ACCOUNT NO.<br><br>Poland Spring Direct<br>P.O. Box 856192<br>Louisville, KY 40285-6192 | | | | | | | 2,329.30 |
| ACCOUNT NO.<br><br>Progressive<br>P.O. Box 30108<br>Tampa, FL 33630-3108 | | | | | | | 277.73 |

Sheet no. 9 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 14,278.71

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  __Footprints Transportation LLC_____     Case No. _____
                                              Debtor                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Purchase Power<br>P.O. Box 856042<br>Louisville, KY 20485-6042 | | | | | | | 2,095.33 |
| ACCOUNT NO.<br><br>Ranger Tire<br>1363 Fifth Avenue<br>Bayshore, NY 11706 | | | | | | | 2,137.25 |
| ACCOUNT NO.<br><br>Redwood Servivces, Inc.<br>14 Bond Street #436<br>Great Neck, NY 11021 | | | | | | | 11,589.00 |
| ACCOUNT NO.<br><br>Regency Recycling Corp<br>248-10 Brookville Road<br>Rosedale, NY 11422 | | | | | | | 3,758.79 |
| ACCOUNT NO.<br><br>South Shore Signs<br>56 East Main Sreet<br>Bayshore, NY 11706 | | | | | | | 553.99 |

Sheet no. _10_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   20,134.36

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Footprints Transportation LLC                                   Case No. _____
                                                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Staples Credit** P.O. Box 689020 Des Moines, IA  50368=9020 | | | | | | | 2,637.85 |
| ACCOUNT NO. **The Hartford** P.O. Box 2907 Hartford, CT  06104-2907 | | | | | | | 1,434.78 |
| ACCOUNT NO. **The Ray Blolck** 3 Plainfield Avenue Floral Park, NY  11001 | | | | | | | 991.03 |
| ACCOUNT NO. **Total Fire Protection** 5322 Avenue N Brooklyn, NY  11234 | | | | | | | 4,571.44 |
| ACCOUNT NO. **UPS** P.O. Box 7247-0244 Philadelphia, PA  19170 | | | | | | | 10,767.53 |

Sheet no. __11__ of __12__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $     20,402.63

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Footprints Transportation LLC</u>                    Case No. _____
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Valerie A. Weizcorek <br> 100 Garden City Plaza <br> Suite 203 <br> Garden City, NY 11530 | | | | | | | 625.00 |
| ACCOUNT NO. <br><br> Verizon Wireless <br> P.O. Box 408 <br> Newark, NJ 07101-0408 | | | | | | | 619.57 |
| ACCOUNT NO. <br><br> Xerox <br> P.O. Box 660501 <br> Dallas, TX 75266 | | | | | | | 677.83 |

Sheet no. <u>12</u> of <u>12</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $  1,922.40

Total  ➤  $  397,041.79

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):  __Footprints Transportation LLC_____CASE NO.:_____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y . LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☑       NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

❏       THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):__N__    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASE: _____


2. CASE NO.:_____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):__N__    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASE: _____


(OVER)

DISCLOSURE OF RELATED CASE S (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):_N__  [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____


*NOTE*: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may
not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time,
except as indicated elsewhere on this form.

_____                          _____
David E. Miller                                        Bernard Jackson
Signature of Debtor's Attorney                         Signature of Pro Se Debtor/Petitioner

                                                        **Hook Creek Blvd.**
                                                        **Valley Stream, NY  11581**
                                                        _____
                                                        Mailing Address of Debtor/Petitioner


                                                        _____
                                                        City, State, Zip Code

                                                        _____
                                                        Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of
a trustee or the dismissal of the case with prejudice.


NOTE : Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                          Chapter 11

Footprints Transportation LLC,                  Case No.

                    Debtor.                     Affidavit Under Local
                                                Bankruptcy Rule 1007-3
-----------------------------------------------------------X

STATE OF NEW YORK        )
                            ss.:
COUNTY OF NASSAU         )

      Bernard Jackson, being duly sworn, deposes and says:

      1.    I am the Managing Member of Footprints Transportation LLC, the above-named debtor (hereinafter "Debtor"). I submit this affidavit in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

      2.    The principal office of the Debtor is located in this district at 600 Bayview Avenue, Inwood, NY 11096, New York.

      3.    The Debtor's taxpayer identification number is 20-2977007.

      4.    There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

      5.    No official or unofficial committee of creditors of the Debtor has been organized as of this date.

      6.    No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

      7.    The Debtor's principal books and records are located at 600 Bayview Avenue, Inwood, NY 11096, New York.

8. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9. During the pendency of these proceedings, the Debtor intends to continue its operations in trucking and warehousing.

10. The Debtor operates its business from 600 Bayview Avenue, Inwood, New York.

11. It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small operating profit. The company has approximately forty nine (49) employees. The officer's monthly salary will be $12,500.00 per month

12. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13. The Debtor does not have any assets located outside the territorial limits of the United States.

14. It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

Bernard Jackson

Sworn to before me this
15th day of April, 2011.

NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 20 12